UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WURM,

Plaintiff,

v.

ANCHOR BAY PACKAGING COPRORATION,

Defendant.
______________________________/

Case No. 2:26-cv-12473

District Judge Matthew F. Leitman
Magistrate Judge Anthony P. Patti

**ORDER STRIKING PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER (ECF NO. 24)**

Plaintiff was previously and repeatedly directed to read the Local Rules of this Court and his attention was specifically drawn to E.D. Mich. LR 5.1(a)(2) as to "formatting and spacing" (see ECF No. 23, PageID.163). He was also informed that filings with the Court must be signed and that "a merely typed name will not suffice." (*Id.*) Yet he went ahead and filed a show cause response that is not signed (*i.e.*, with a wet signature), and, therefore, cannot be credited, since it does not comply with Fed. R. Civ. P. 11(a). Contrary to what was also previously explained (*id.*), it appears not to be double-spaced, as required by Local Rule 5.1(a)(2). Plaintiff must resubmit his show cause order response in compliance with these rules no later than **September 28, 2026**.

Having read the non-complying show cause response, however, the Court is still baffled as to how Plaintiff could think that dispositive motion practice was permitted between the time of the pretrial conference and the settlement conference, and reiterates that there will be no further discovery, motion practice, court filings (other than the new show cause response) or partial lift of the stay until the settlement conference has occurred. If the case does not settle, the Court will issue an order governing the future course of the case beyond the settlement conference.

**IT IS SO ORDERED.**[1]

Dated: September 19, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).