UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WURM,

Plaintiff,

v.

ANCHOR BAY PACKAGING COMPANY,

Defendant.
______________________________/

Case No. 2:26-cv-12473

District Judge Matthew F. Leitman
Magistrate Judge Anthony P. Patti

**ORDER DEEMING MOOT**
**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL (ECF No. 29)**

Upon consideration, Plaintiff's October 16, 2026 motion for voluntary dismissal (ECF No. 29) is **DEEMED MOOT**, based on the October 9, 2026 minute entry, and as already discussed and explained at the October 16, 2026 status conference, and the October 16, 2026 text-only order finding as moot Plaintiff's October 15, 2026 motions (*see* ECF Nos. 26, 27). As directed in the October 9th minute entry, the "Parties [are] to submit [a] *stipulated order of dismissal with prejudice through CM-ECF Utilities* function by November 9, 2026 for Judge Leitman's signature." (emphasis added). The Court expects *Defendant* to electronically submit the anticipated dismissal order after Plaintiff has signed it.

**IT IS SO ORDERED.**

Dated: October 19, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE